OPINION — AG — ** MEMORANDUM ** NECESSITY OF PUBLIC OFFICERS OF OKLAHOMA BEING CITIZENS OF THE UNITED STATES. (QUALIFIED ELECTORS BEING CITIZENS OF THE UNITED STATES, CITIZENS, CITIZENSHIP, OFFICIALS, LEGISLATORS) CITE: 19 O.S. 132 [19-132], ARTICLE III, SECTION 1, ARTICLE V, SECTION 17, ARTICLE VI, SECTION 3, 51 O.S. 36.2 [51-36.2], ARTICLE XV, SECTION 1, 51 O.S. 1 [51-1], 51 O.S. 2 [51-2], 51 O.S. 21 [51-21], 49 O.S. 1 [49-1], OPINION NO. JULY 19, 1952 — EXAMINER AND INSPECTOR (STATUTORY OFFICES) (FRED HANSEN)